1 Lamont Edward Horton
2 BV7277
3 44750 60th Street West
4 Lancaster, Ca. 93536

FILED
CLERK, U.S. DISTRICT COURT
APR 14 2025
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

United States District Court
Central District Of California

| | |
|---|---|
| Lamont Edward Horton, Petitioner, In Prose | No. CV 25-1408-MWC (E) |
| V. | Notice of Motion Requesting Entry Of Judgement (Default) On Habeas Corpus Writ And Granting Of Relief In Matter |
| E. Lundy, Respondent, | |

17 Based On The Order Of This Court, Dated February 21, 2025,
18 Respondent Has Failed To Submit An Answer To The Petition
19 Within (23) Days Of This Honorable Courts Order. Respondent
20 Has Failed To Notify Petitioner Of Any Response, Or Ask This
21 Honorable Court For Any Extension Of Time To Reply. Respondent
22 Has Failed To Comply With This Honorable Courts Orders,
23 Thus Denying Petitioners Constitutional Rights To Be Heard
24 Within His Court Ordered Time Constraints. Petitioner Request
25 This Honorable Court To Grant Habeas Corpus Writ, Grant
26 Relief In This Matter, And Order A Retrial, (New Trial),
27 Vacate The Conviction And Sentence. Under Section 28 U.S.C.A. §
28 2255, This Honorable Court Has The Jurisdiction To Apply Any And

1 All Remedies. See In Re Taylor 171 F.3d. 185, 186-87 (4th Cir.
2 1999) [**22].
3
4 Petitioner Respectfully Submits
5
6
7 Dated: March 20, 2025
...
15                                          Lamont Edward Horton
16                                          /s/ L.97E.H.



## UNAUTHORIZED ITEMS WITHIN INMATE MAIL

If mail contains these items, it will result in an issuance of a CDCR Form 1819 Notification of Disapproval

- No padded, cardboard, or bubble wrap envelopes.
- No cardstock, sketch pads, construction paper or colored paper.
- No musical greeting cards, videos, CD's, or cassette tapes.
- No cash. No pens, pencils, or markers.
- No identification cards, credit cards, bank cards, phone cards, etc.
- No polaroid photographs, negatives, slides, or photo albums. No photos depicting drugs and/or drug paraphernalia. No photos, drawings, magazines, and/or pictorials displaying frontal nudity of either gender. Nothing which depicts, displays, or describes sexual penetration or sexual acts.
- No gang affiliated material, hand gestures, or signs.
- No items of clothing, food, hard plastic, metal, wood items, magnets, rubber, stickers, glue and/or glitter.
- No tattoo patterns or tracing patterns. No jewelry.
- No mail containing unknown substance, any powder, liquid and/or solids.
- No unauthorized correspondence between inmates/parolees.
- No lipstick, perfume, cologne, and scents on the contents or envelope.
- No items which may be deemed a threat to the safety and security of the institution, or any correspondence deemed circumvention of the mail policies and procedures.
- All incoming mail must have full return address.

## AUTHORIZED ITEMS WITHIN INMATE MAIL

- 40 postage stamps/40 envelopes (**Prepaid postage must not show the date**)
- Letters/greeting cards
- 10 photographs (no larger than 8" x 10")
- Checks/money order with Inmates name and CDC#
- Writing paper (white/yellow lined only)
- Publications (books, magazines, newspapers) **MUST** come directly from vendor
- For funds to be mailed directly to Inmates account, send through www.jpay.com or (800) 574-5729