UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | CV 25-1408-MWC(E) |
| Date | April 18, 2025 |
| Title | LAMONT EDWARD HORTON v. E. LUNDY |

Present: The Honorable  Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**
None

**Attorneys Present for Defendants:**
None

**Proceedings:**       **(IN CHAMBERS)**

Petitioner's "Motion Requesting Entry of Judgement [sic] (Default), etc.," filed April 14, 2025, is denied.  See Order, filed April 9, 2025; see also Gordon v. Duran, 895 F.2d 610, 612 (9th Cir. 1990) ("The failure to respond to claims raised in a petition for habeas corpus does not entitle the petitioner to a default judgment.").

cc:    Judge Court
       Petitioner
       Counsel for Respondent

Initials of Deputy Clerk  VMUN