1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                           **CENTRAL DISTRICT OF CALIFORNIA**

10

11    LAMONT EDWARD HORTON,              |    CV 25-1408-MWC (E)

12              Petitioner,

13         v.                            |    ORDER ACCEPTING FINDINGS,

14    E. LUNDY,                          |    CONCLUSIONS AND RECOMMENDATIONS

15              Respondent.              |    OF UNITED STATES MAGISTRATE JUDGE

16

17

18         Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the

19    records herein and the attached Report and Recommendation of United States Magistrate

20    Judge.  Further, the Court has engaged in a de novo review of those portions of the Report

21    and Recommendation to which any objections have been made.  The Court accepts and

22    adopts the Magistrate Judge's Report and Recommendation.

23

24         IT IS ORDERED that Judgment shall be entered dismissing the Petition without

25    prejudice.

26    ///

27    ///

28    ///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate

2  Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for

3  Respondent.

4

5    Dated: September 10, 2025.

6

7  _____

8    MICHELLE WILLIAMS COURT
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                    2