JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT EDWARD HORTON, | No. CV 25-1408-MWC (E) |
| Petitioner, | |
| v. | JUDGMENT |
| E. LUNDY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: September 10, 2025.

*/s/ Michelle W. Court*

_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE